EXHIBIT A



**Timothy Crawford**
Attorney at Law
tim.crawford@timcrawfordlaw.com



December 15, 2025

Ms. Elizabeth Jones **_(hand-delivered by School Resource Officer)_**

RE:  Ban from Jenkins Independent School Properties and Activities

Dear Ms. Jones:

Due to your multiple posts on social media of students participating in extracurricular activities which appear to be harassment and which have caused disruptions of the educational process in this school district, you are banned from any and all properties owned or leased by this school district and banned from any and all activities sponsored for or by this school district.

It is of utmost importance to provide for the safety and well-being of our students, our fans, our visitors and those who use the school district facilities and attend school district activities.

If you are present on any property owned or leased by this school district or present at activity sponsored by or for this school district, the school district will have you removed by law enforcement and then the school district will seek criminal trespass charges against you.

We look forward to your expected cooperation and with kindest personal regards,

Sincerely,

*Timothy Crawford*
Timothy Crawford
School Board Attorney

TC/tc
Cc:    Superintendent
        Principals
        School Resource Officers

**Certificate of Service**

The original of this letter was hand-delivered to Elizabeth Jones by the undersigned:

/s/ _____
Printed: _____
Date: _____

317 North Main Street (office Location)
P.O. Box 1206
Corbin, Kentucky 40702-1206

Phone: (606) 523-1950
Fax:    (606) 523-1970
Cell:   (606) 682-0889